# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALAN DOERING
ADC #106115                                                    PLAINTIFF

v.                    No. 5:17-cv-125-DPM-JJV

WENDY KELLEY, Director, Arkansas
Department of Correction; GRIFFEN,
Deputy Director, ADC; CORRECT CARE
SOLUTIONS, Health Care Provider; JASON
KELLEY, Health Services Administrator, Varner Unit,
ADC; STUCKEY, Doctor; POWELL, Infirmary
Manager; and HEATHER ALLEN, Varner Unit, ADC       DEFENDANTS

## ORDER

Doering is a three-striker, a status he acknowledges. № 4 at 1. He appeals the Magistrate Judge's denial of *in forma pauperis* status. Relying on his HIV-positive condition, Doering says his claims—which involve alleged denial of medical care and medication—bring him within the imminent-danger exception. 28 U.S.C. § 1915(g). It's a close call. But, in the circumstances presented, the Court vacates № 3, grants Doering's IFP motion, № 1, and returns the case to the Magistrate Judge to handle payment details and screening.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 June 2017