# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALAN DOERING**  
**ADC #106115**                                                                 **PLAINTIFF**

v.                          No. 5:17-cv-125-DPM-JJV

**WENDY KELLEY**, Director, Arkansas  
Department of Correction; **RORY  
GRIFFEN**, Deputy Director, ADC;  
**CORRECT CARE SOLUTIONS**, Health  
Care Provider; **JASON KELLEY**, Health  
Services Administrator, Varner Unit, ADC;  
**STUCKEY**, Doctor; **POWELL**, Infirmary  
Manager; and **HEATHER ALLEN**, Varner  
Unit, ADC                                                                       **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 41, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Doering's motion for injunctive relief, № 40, is denied.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

11 October 2017