# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALAN DOERING
ADC #106115                                                        PLAINTIFF

v.                      No. 5:17-cv-125-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; RORY GRIFFIN,
Deputy Director, ADC; CORRECT CARE
SOLUTIONS, Health Care Provider; JASON
KELLEY, Health Services Administrator, Varner
Unit, ADC; RONALD STUKEY, Doctor;
DENISE POWELL,* Infirmary Manager; and
HEATHER ALLEN, Varner Unit, ADC                 DEFENDANTS

## ORDER

The Court construes Doering's appeal from Magistrate Judge Volpe's recommendation as his objections to the recommendation. № 66. On *de novo* review, the Court adopts the recommendation, № 65, as supplemented and overrules those objections. FED. R. CIV. P. 72(b)(3).

The supplement: Doering says the Court should have appointed a lawyer and an expert to assist him. But Doering has ably represented himself during the course of this lawsuit; neither the facts nor the claims are complex enough to warrant appointed counsel; and no compelling

---

*The Court directs the Clerk to amend the docket to reflect Stukey's and Powell's full and correct names.

circumstances justify appointing an expert. *Plummer v. Grimes*, 87 F3d 1032, 1033 (8th Cir. 1996); *Rueben v. United States*, 2014 WL 5460574, at *4 & n.5 (E.D. Ark. 2014).

Doering's official capacity claims for damages are barred by sovereign immunity. And he hasn't met proof with proof to show an Eighth Amendment violation. Doering's remaining federal claims will therefore be dismissed with prejudice. His state claims will be dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2018