# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALAN DOERING**
**ADC #106115**                                                         **PLAINTIFF**

v.                          No. 5:17-cv-125-DPM

**WENDY KELLEY**, Director, Arkansas
Department of Correction; **RORY GRIFFIN**,
Deputy Director, ADC; **CORRECT CARE**
**SOLUTIONS**, Health Care Provider; **JASON**
**KELLEY**, Health Services Administrator, Varner
Unit, ADC; **RONALD STUKEY**, Doctor;
**DENISE POWELL**, Infirmary Manager; and
**HEATHER ALLEN**, Varner Unit, ADC                                     **DEFENDANTS**

## JUDGMENT

Doering's chronic-care claim and his state law claims are dismissed without prejudice. All other claims are dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2018